UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESLEE R. CARVER, etc., <br><br> Plaintiff, <br><br> v. <br><br> PRESENCE HEALTH NETWORK, *et al*., <br><br> Defendants. | No. 15 CV 2905 <br><br> Judge Harry D. Leinenweber <br><br> Magistrate Judge Geraldine Soat Brown |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff has opposed, as premature, Defendants' motion to stay these proceedings (ECF 23), on the grounds that, in the absence of an answer or responsive pleading, the Court has no record on which to base a decision. Plaintiffs' Response in Opposition to Defendants' Motion to Stay Proceedings (ECF 27) at 5-6. Defendants have submitted as supplemental authority (ECF 30) a stay order that was entered in *Owens v. St. Anthony's Medical Center*, U.S. District Court, N.D. Ill., No. 1:14-cv-04068, after a second motion to dismiss had been fully briefed (following the filing of an amended complaint after an initial motion to dismiss). Unlike this case, the *Owens* docket discloses active discovery and motion practice (*see, e.g., Owens* docket at ECF 152 (minute entry noting pendency of motions to certify class, to dismiss, and to strike)). Because of this fundamental difference in the posture of the two cases, the *Owens* stay order does not support a stay in the proceedings before this Court.

---

Plaintiff's Response to Defendants' Notice of Supplemental Authority
(CASE No. 15 CV 2905) – Page 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL, PLLC.**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

DATED June 29, 2015.

      KELLER ROHRBACK L.L.P.

      Lynn L. Sarko
      1201 Third Avenue, Suite 3200
      Seattle, WA 98101
      Tel: (206) 623-1900
      Fax: (206) 623-3384
      Email: lsarko@kellerrohrback.com

      KELLER ROHRBACK L.L.P.

      Ron Kilgard
      Christopher Graver
      3101 North Central Avenue, Suite 1400
      Phoenix, AZ 85012
      Tel: (602) 248-0088
      Fax: (602) 248-2822
      Email: rkilgard@kellerrohrback.com
      cgraver@kellerrohrback.com

      COHEN MILSTEIN SELLERS & TOLL, PLLC.

      Karen L. Handorf
      1100 New York Avenue, N.W.
      Suite 500, West Tower
      Washington, D.C. 20005
      Tel: (202) 408-4600
      Fax: (202) 408-4699

      STEPHAN ZOURAS, LLP
      *s/ James B. Zouras*
      James B. Zouras
      205 North Michigan Avenue, Suite 2560
      Chicago, Illinois 60601
      Tel.: 312-233-1550
      Fax: 312-233-1560
      Email: JZouras@stephanzouras.com

      ***Attorneys for Plaintiff***

Plaintiff's Response to Defendants' Notice of Supplemental Authority
(CASE No. 15 CV 2905) – Page 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL, PLLC.**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

***CERTIFICATE OF SERVICE***

I, James B. Zouras, one of the attorneys for Plaintiff, certify that on June 29, 2012, a true copy of the foregoing was served on below counsel via the Court's ECF System:

Howard Shapiro
Robert W. Rachel
Stacey CS Cerrone
PROSKAUER ROSE, LLP
650 Poydras St., Suite 1800
New Orleans, LA 70130-6416
howshapiro@proskauer.com
rrachal@proskauer.com
scerrone@proskauer.com

Nigel F. Telman
Edward C. Young
PROSKAUER ROSE, LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602
ntelman@proskauer.com
eyoung@proskauer.com

By: /s/ *James B. Zouras*

Plaintiff's Response to Defendants' Notice of Supplemental Authority
(CASE No. 15 CV 2905) – Page 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL, PLLC.**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600