UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESLEE R. CARVER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESENCE HEALTH NETWORK, *et al.*, <br><br> Defendants. | Case No. 1:15-cv-02905 <br><br> Judge Harry D. Leinenweber <br><br> Magistrate Judge M. David Weisman |

## NOTICE OF FILING THIRD AMENDED COMPLAINT BY CONSENT

Plaintiffs, pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby give notice that they are this date filing their Third Amended Class Action Complaint with the written consent of Defendants, as evidenced by Defendants' counsel's signature below. A redlined copy of the Third Amended Class Action Complaint is attached as Exhibit A, hereto. The consent of Plaintiff Arlene Martinez to this amendment is attached as Exhibit B, hereto.

DATED this 7th day of October, 2016.

By: */s/ James B. Zouras*
James B. Zouras
Ryan F. Stephan
Teresa M. Becvar
**STEPHAN ZOURAS, LLP**
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Tel.: (312) 233-1550
Fax: (312) 233-1560
Email: jzouras@stephanzouras.com
rstephan@stephanzouras.com
tbecvar@stephanzouras.com

1

Christopher Graver
Ron Kilgard
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088
Fax: (602) 248-2822
cgraver@kellerrohrback.com
rkilgard@kellerrohrback.com

Lynn L. Sarko
Laura R. Gerber
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
lgerber@kellerrohrback.com

Michelle C. Yau
Kira L. Hettinger
**COHEN MILSTEIN SELLERS
 & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
khettinger@cohenmilstein.com

*Attorneys for Plaintiffs*

## **DEFENDANTS' CONSENT TO AMENDMENT OF COMPLAINT**

Defendants, pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby consent to the filing of the Third Amended Class Action Complaint in the form attached in redline hereto.

DATED this 7th day of October, 2016.

By: */s/ Robert W. Rachal*
Howard Shapiro
Robert W. Rachal
Stacey C.S. Cerrone
**PROSKAUER ROSE, LLP**
650 Poydras St., Suite 1800
New Orleans, LA 70130-6416
Tel.: (504) 310-4088
Fax: (504) 310-2022
hshapiro@proskauer.com
rrachal@proskauer.com
scerrone@proskauer.com

Nigel F. Telman
Edward C. Young
**PROSKAUER ROSE, LLP**
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602
Tel.: (312) 962-3550
Fax: (312) 962-3551
ntelman@proskauer.com
eyoung@proskauer.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I, James B. Zouras, attorney for Plaintiffs, hereby certify that on October 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

             By:  */s/ James B. Zouras*