# EXHIBIT B

## CONSENT TO AMENDMENT

I, Arlene Martinez, am a named plaintiff in the case *Carver, et al. v. Presence Health Network, et al.* (No. 1:15-02905).

For personal reasons, I approve and consent to the amendment of Plaintiffs' complaint to remove me as a named plaintiff.

_____       9-21-16
Arlene Martinez                                             Date