UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLEE R. CARVER, *et al.*,<br><br>         Plaintiffs,<br>v.<br><br>PRESENCE HEALTH NETWORK, *et al.*,<br><br>         Defendants. | Case No. 1:15-cv-02905<br><br>Judge Harry D. Leinenweber<br><br>Magistrate Judge M. David Weisman |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF REVISED AND FINAL SETTLEMENT AGREEMENT EXCEEDING THE PAGE LIMITATION

Plaintiffs Leslee Carver, Diane Eslinger, Lisa Jenkins, and Susan Phillips ("Plaintiffs"), by and through their attorneys, respectfully move for leave to file a Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Revised and Final Settlement Agreement ("Memorandum") that exceeds the 15-page limit, in accordance with Local Rule 7.1. Plaintiffs submit the following in support:

1. Plaintiffs have filed concurrently herewith an Unopposed Motion for Preliminary Approval of Revised and Final Settlement Agreement (the "Revised Approval Motion"). The Revised Approval Motion was necessitated by certain changes to the original Settlement Agreement requested by Defendants, which relate to the form of the acquisition of Presence by Ascension Health, and do not affect the substantive terms of the settlement as to the Class. The parties entered into the Revised and Final Settlement Agreement (the "Revised Settlement Agreement") on February 21, 2018.

2. Plaintiffs filed this action under the Employee Retirement Income Security Act as a class action suit. As a result, any settlement this Court approves will impact as many as 21,000

1

participants in and beneficiaries of the Resurrection Health Care Retirement Plan and the Provena Health Employees' Pension Plan. For this reason, it is imperative that this Court be fully informed of all relevant facts and legal arguments.

3. In connection with Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement Agreement filed January 5, 2018, ECF No. 104 (the "First Approval Motion,"), this Court preliminarily certified the class in this case for settlement purposes only by Order dated January 16, 2018, ECF No. 110. However, because the Revised Approval Motion seeks approval of a revised settlement agreement, Plaintiffs believe that the Revised Approval Motion must address all the issues that were addressed in the First Approval Motion. Thus, in addition to demonstrating the appropriateness of the Revised Settlement Agreement, Plaintiffs have again addressed in their Memorandum the suitability of class counsel, the sufficiency of the proposed notice, and the proposed class's satisfaction of the requirements for certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

4. Plaintiffs cannot provide the Court with the facts and law necessary to make these showings in the page limitation set forth in Local Rule 7.1. Instead, Plaintiffs request that the Court grant them leave to file a Memorandum not to exceed 25 pages in length.

5. Counsel for Defendants have been advised of this request and do not oppose it.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order granting Plaintiffs' Motion to Exceed the Page Limitation.

Dated: February 28, 2018

                                              Respectfully submitted,

                                    By: */s/ James B. Zouras*
                                          James B. Zouras
                                          Ryan F. Stephan
                                          Teresa M. Becvar

**STEPHAN ZOURAS, LLP**
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Tel.: (312) 233-1550
Fax: (312) 233-1560
jzouras@stephanzouras.com
rstephan@stephanzouras.com
tbecvar@stephanzouras.com

Lynn Lincoln Sarko
Laura R. Gerber
Alison S. Gaffney
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
lgerber@kellerrohrback.com
agaffney@kellerrohrback.com

Christopher Graver
Ron Kilgard
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088
Fax: (602) 248-2822
cgraver@kellerrohrback.com
rkilgard@kellerrohrback.com

Michelle C. Yau
Mary J. Bortscheller, ARDC #6304457
Scott M. Lempert
**COHEN MILSTEIN SELLERS
 & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
slempert@cohenmilstein.com

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

Dated: February 28, 2018 /s/ *James B. Zouras*
James B. Zouras