### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Leslee R. Carver | ) | Case No: 15 C 2905 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| Presence Health Network et al | ) | |

### **ORDER**

Plaintiff's unopposed motion for preliminary approval of revised and final settlement agreement [111] is granted. Enter Order. Fairness hearing set for 5/22/18 is re-set to 7/10/18 at 9:00 a.m.

Date:  3/8/18                                                              /s/ Judge Harry D. Leinenweber