UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLEE R. CARVER, *et al.*, | Case No. 1:15-cv-02905 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber |
| PRESENCE HEALTH NETWORK, *et al.*, | Magistrate Judge M. David Weisman |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Leslee R. Carver, Diane Eslinger, Lisa Jenkins, and Susan L. Phillips ("Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) granting final approval of the Revised and Final Class Action Settlement Agreement ("Settlement Agreement") described herein and preliminarily approved by the Court on March 8, 2018, ECF No. 118;[1] and (2) granting final certification of the proposed Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(1) and/or 23(b)(2).[2] Defendants do not oppose the relief sought herein.

For the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement Agreement and Certification

---

[1] A true copy of the Settlement Agreement is attached to the Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement Agreement and Certification of Settlement Class ("Final Approval Memorandum"), as Exhibit A. All references to "Exhibit" are to the exhibits attached to the Final Approval Memorandum and filed concurrently herewith.

[2] Plaintiffs file the instant Motion contemporaneously with their Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and for Incentive Awards to Named Plaintiffs.

1

of Settlement Class, Plaintiffs respectfully request that the Court grant the Motion and enter the Proposed Order, filed herewith, concluding this case.

Dated: May 25, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Christopher Graver*
　　　　　　　　　　　　　　　　　　Christopher Graver
　　　　　　　　　　　　　　　　　　Ron Kilgard
　　　　　　　　　　　　　　　　　　**KELLER ROHRBACK L.L.P.**
　　　　　　　　　　　　　　　　　　3101 North Central Avenue, Suite 1400
　　　　　　　　　　　　　　　　　　Phoenix, AZ  85012
　　　　　　　　　　　　　　　　　　Tel.: (602) 248-0088
　　　　　　　　　　　　　　　　　　Fax: (602) 248-2822
　　　　　　　　　　　　　　　　　　cgraver@kellerrohrback.com
　　　　　　　　　　　　　　　　　　rkilgard@kellerrohrback.com

　　　　　　　　　　　　　　　　　　Lynn Lincoln Sarko
　　　　　　　　　　　　　　　　　　Laura R. Gerber
　　　　　　　　　　　　　　　　　　Alison S. Gaffney
　　　　　　　　　　　　　　　　　　**KELLER ROHRBACK L.L.P.**
　　　　　　　　　　　　　　　　　　1201 Third Avenue, Suite 3200
　　　　　　　　　　　　　　　　　　Seattle, WA  98101-3052
　　　　　　　　　　　　　　　　　　Tel.: (206) 623-1900
　　　　　　　　　　　　　　　　　　Fax: (206) 623-3384
　　　　　　　　　　　　　　　　　　lsarko@kellerrohrback.com
　　　　　　　　　　　　　　　　　　lgerber@kellerrohrback.com
　　　　　　　　　　　　　　　　　　agaffney@kellerrohrback.com

　　　　　　　　　　　　　　　　　　Michelle C. Yau
　　　　　　　　　　　　　　　　　　Mary J. Bortscheller, ARDC #6304457
　　　　　　　　　　　　　　　　　　Scott Lempert
　　　　　　　　　　　　　　　　　　**COHEN MILSTEIN SELLERS**
　　　　　　　　　　　　　　　　　　　**& TOLL PLLC**
　　　　　　　　　　　　　　　　　　1100 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　Suite 500, West Tower
　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　Tel.: (202) 408-4600
　　　　　　　　　　　　　　　　　　Fax: (202) 408-4699
　　　　　　　　　　　　　　　　　　myau@cohenmilstein.com
　　　　　　　　　　　　　　　　　　mbortscheller@cohenmilstein.com
　　　　　　　　　　　　　　　　　　slempert@cohenmilstein.com

　　　　　　　　　　　　　　　　　　*Class Counsel*

James B. Zouras
Ryan F. Stephan
Teresa M. Becvar
**STEPHAN ZOURAS LLP**
205 North Michigan Avenue, Suite 2560
Chicago, IL  60601
Tel.: (312) 233-1550
Fax: (312) 233-1560
jzouras@stephanzouras.com
rstephan@stephanzouras.com
tbecvar@stephanzouras.com

*Local Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2018, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

Dated: May 25, 2018                  */s/ Christopher Graver*
                                              Christopher Graver