UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLEE R. CARVER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESENCE HEALTH NETWORK, *et al.*, <br><br> Defendants. | Case No. 1:15-cv-02905 <br><br> Judge Harry D. Leinenweber <br><br> Magistrate Judge M. David Weisman |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND CERTIFICATION OF SETTLEMENT CLASS
<u>EXCEEDING THE PAGE LIMITATION</u>**

Plaintiffs Leslee R. Carver, Diane Eslinger, Lisa Jenkins, and Susan L. Phillips ("Plaintiffs"), by and through their attorneys, respectfully move for leave to file a Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class ("Final Approval Memorandum") that exceeds the 15-page limit, in accordance with Local Rule 7.1. Plaintiffs submit the following in support:

1. Plaintiffs filed this action under the Employee Retirement Income Security Act as a class action suit. As a result, any settlement this Court approves will potentially impact over 50,000 class members who are or were participants in and beneficiaries of the Resurrection Health Care Retirement Plan and the Provena Health Employees' Pension Plan. For this reason, it is imperative that this Court be fully informed of all relevant facts and legal arguments.

2. The motion includes, *inter alia*, final approval of a class action settlement and final certification of the settlement class. Thus, Plaintiffs must demonstrate the appropriateness of the settlement agreement, the suitability of class counsel, the sufficiency of notice, and that the

class satisfies the requirements for certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

3. Plaintiffs cannot provide the Court with the facts and law necessary to make these showings in the page limitation set forth in Local Rule 7.1. Instead, Plaintiffs request that the Court grant them leave to file a Final Approval Memorandum not to exceed twenty-nine (29) pages in length.

4. Counsel for Defendants have been advised of this request and do not oppose it.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order granting Plaintiffs' Motion to Exceed the Page Limitation.

Dated: May 25, 2018     Respectfully submitted,

By: */s/ Christopher Graver*
Christopher Graver
Ron Kilgard
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088
Fax: (602) 248-2822
cgraver@kellerrohrback.com
rkilgard@kellerrohrback.com

Lynn Lincoln Sarko
Laura R. Gerber
Alison S. Gaffney
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
lgerber@kellerrohrback.com
agaffney@kellerrohrback.com

Michelle C. Yau
Mary J. Bortscheller, ARDC #6304457
Scott Lempert

2

**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
slempert@cohenmilstein.com

*Class Counsel*

James B. Zouras
Ryan F. Stephan
Teresa M. Becvar
**STEPHAN ZOURAS LLP**
205 North Michigan Avenue, Suite 2560
Chicago, IL 60601
Tel.: (312) 233-1550
Fax: (312) 233-1560
jzouras@stephanzouras.com
rstephan@stephanzouras.com
tbecvar@stephanzouras.com

*Local Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2018, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

Dated: May 25, 2018                      */s/ Christopher Graver*
                                              Christopher Graver